IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

MC 11-58 -UA

| | | |
|---|---|---|
| IN RE: | ) | NO. 3:07-mc-135 |
| | ) | |
| A MATTER UNDER INVESTIGATION | ) | FILED UNDER SEAL |
| BY GRAND JURY NUMBER 1 | ) | |
| (#2007R00845) | ) | |

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PRELIMINARY INJUNCTION

This matter comes before the court on the Government's motion for restraining order pursuant to 18 U.S.C. § 983(j). The court having considered all arguments, pleadings, memoranda, declarations, and other exhibits filed with respect to such motion, and now being fully advised of the property in question, described more fully in Exhibit A, finds:

1. This court has jurisdiction of the subject matter of this case, and over the parties.

2. Good cause exists to believe that the property described in Exhibit A was purchased with proceeds traceable to wire fraud, 18 U.S.C. § 1343, and therefore, the United States has established a likelihood of success on the merits of this forfeiture action.

3. Good cause exists to believe that there is a danger of immediate and irreparable harm if this injunction is not issued.

4. Weighing the equities and considering the government's likelihood of success in its cause of action, this order is in the public interest.

## DEFINITIONS

For purposes of this order, the following definitions shall apply:

1. "Potential claimants" refers to Tony Pough, Joseph Brunson, and Timothy

McQueen, doing business under the following names: Three Hebrew Boys, LLC; Capital Consortium Group, LLC; Brunson Outreach; Daniel Development Group, LLC; Wotteth Outreach Ministries; Vision Financial Service; Faith Ministries; Warrior Express; TMS Family Trust; Purpose Driven, LLC; Tri-Warrior Transit, LLC; Tri-Transit Logistics, LLC; KMF, Inc.; and Vision Outreach, and any of their agents, servants, employees, attorneys, family members and those persons in active concert or participation with them, and anyone and any institution holding property, both real or personal (including bank and/or brokerage accounts) for them.

2. "Subject Properties" refers to all properties described in Exhibit A.

I

PROHIBITED ACTIVITIES

IT IS THEREFORE ORDERED that potential claimants are enjoined from entering into any agreement to sell the Subject Properties during the pendency of this forfeiture action, unless, after notice to the government, the court orders the property sold in an interlocutory sale, with the net proceeds to be deposited with the United States Marshals Service as the substitute res.

II

MAINTAINING THE PROPERTY

IT IS FURTHER ORDERED that, during the pendency of this action, potential claimants are ordered to do the following with respect to the defendant property:

2

(1) Potential claimants shall take all reasonable precautions to prevent the destruction or diminution in value of the Subject Properties and any fixtures thereto, if applicable.

(2) Potential claimants shall maintain the yard and any landscaping in its current condition and shall not allow trash or other debris to accumulate on any of the real properties contained within Subject Properties.

(3) Potential claimants shall continue to make timely payments to keep the debt obligations current for all Subject Properties.

(4) Potential claimants shall maintain insurance on the Subject Properties, to include, but not limited to, fire, flood, and hazard insurance on the real property, and comprehensive and collision insurance on the automobiles. The aircraft shall be insured in such a way that, should it become damaged, it would be restored to its original state.

(5) Potential claimants shall ensure that all property taxes are paid on time and do not become delinquent.

### III

### MONITORING

IT IS FURTHERED ORDERED that the United States may monitor Potential claimants' compliance with this Order by all lawful means available.

### IV

### JURISDICTION

IT IS FURTHER ORDERED that this court retains jurisdiction of this matter for all purposes.

IT IS SO ORDERED.

/s/ Margaret B. Seymour
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

September 17, 2007

## EXHIBIT A

## AUTOMOBILES

| Vehicle | VIN | Owner(s) |
|---|---|---|
| 2007 Dodge Ram Truck | 1D7HA18247S179403 | 3 Hebrew Boys |
| 2007 Lexus LS 460L | JTHGL46F675009418 | 3 Hebrew Boys |
| 2007 Dodge Van - Sprinter | WD0PE746X75168143 | 3 Hebrew Boys |
| 2007 Dodge Ram Truck | 1D7HA18217S178497 | 3 Hebrew Boys |
| 2007 Dodge Ram Laramie Truck | 3D7KR19DX7G718855 | 3 Hebrew Boys |
| 2007 Dodge Van - Sprinter | WD0PE746875137490 | 3 Hebrew Boys |
| 2007 Mercedes SL600R Roadster AMG | WDBSK77F47F118631 | 3 Hebrew Boys |
| 2007 Mercedes CLS500C | WDBSK79FX7F126973 | 3 Hebrew Boys |
| 2005 GMC TC15753 | 1GTEC19T95Z318279 | Brunson, Isolde/ Brunson, Joseph |
| 2006 Cadillac 1G6K | 1G6KD57Y76U236316 | Brunson, Joseph |
| 2005 Mercedes SL500 | WDBSK75F85F093717 | Brunson, Joseph |
| 2006 Prevost Motorcoach | 2PCY3349361028988 | Daniel Development Group |
| 2007 Mercedes SLK 280 | WDBWK54F77F150015 | McQueen, Lisa Wright |
| 2007 Lexus LS460L | JTHGL46F875014023 | McQueen, Lisa Wright |
| 2006 Mercedes CLS500C | WDDDJ75X46A073944 | McQueen, Timothy |
| 2006 Lexus GS | JTHBN96S065014868 | McQueen, Timothy |
| 2007 Dodge Charger | 2B3KA53H97H605677 | McQueen, Timothy |
| 2006 GMC Envoy | 1GKES66MX66163505 | Pough, Tony |
| 2006 SAAB 95 | YS3ED49G363513728 | Pough, Tony |

5

| | | |
|---|---|---|
| 2006 Ford E456 | 1FDXE45P06DB20732 | Purpose Driven Limousine Service |
| 2006 Chrysler 300 Touring LXL P48 | 2C3KA53G26H539904 | Purpose Driven Limousine Service |
| 2007 Chyrsler 300 Touring LXL P48 | 2C3KA53G07H625360 | Purpose Driven Limousine Service |

## AIRPLANE

| Aircraft | Serial #/U.S. Regist | | Owner |
|---|---|---|---|
| Aerospace Gulfstream GIIB | 004 | N36RR | Capital Consortium Group |

## REAL PROPERTY

| Real Property Location | City | State | Owner |
|---|---|---|---|
| 3445 Stratford Road, Unit 2707 | Atlanta | GA | Tim McQueen and Leslie McQueen |
| 3445 Stratford Road, Unit 3304 | Atlanta | GA | Joseph Brunson, Faith Ministries, Timothy McQueen |
| 3445 Stratford Road, Unit 2304 | Atlanta | GA | Vision Outreach, Tony Pough |
| 1529 Horseshoe Drive | Columbia | SC | Daniel Development Group |
| 6182 North Main Street | Columbia | SC | Daniel Development Group |
| 305 Ashtree Road | Columbia | SC | Daniel Development Group |
| 44 Ravenglass Way | Blythewood | SC | Tim McQueen |
| 300 Garvey Circle | Columbia | SC | Daniel Development Group |
| 301 Garvey Circle | Columbia | SC | Wotteth Outreach Ministries |
| 304 Garvey Circle | Columbia | SC | Daniel Development Group |
| 320 Garvey Circle | Columbia | SC | Daniel Development Group |

6

| | | | |
|---|---|---|---|
| 332 Garvey Circle | Columbia | SC | Daniel Development Group |
| 344 Garvey Circle | Columbia | SC | Daniel Development Group |
| 213 Hastings Point | Columbia | SC | Daniel Development Group |
| 135 Fore Avenue | Columbia | SC | Wotteth Outreach Ministries |
| 128 Wynette Way | Columbia | SC | Wotteth Outreach Ministries |
| 109 Aubrey Street | Columbia | SC | Wotteth Outreach Ministries |
| Lot 8, Block K-1, Longcreek Plantation | Blythewood | SC | Daniel Development Group |